# Exhibit 2

| Infineon/Cypress – CX3 MIPI CSI-2 interface device (See Product List at end of chart for models)<br><br>Infringement of the '790 patent | |
|---|---|
| **Claim 1** | **Evidence** |
| 1. An interface for receiving data from an image sensor having an imaging array and a clock generator for transfer to a processor system comprising: | The Cypress CX3 device is an interface for receiving data from an image sensor having an imaging array and a clock generator for transfer to a processor system.<br><br>For example, the CX3 device has a MIPI CSI-2 standard interface for receiving clock and data signals from an image sensor. The image sensor has an imaging array that produces image data when exposed to light. The image sensor has a clock generator that generates the clock signal. The CX3 device transfers the image data to a processor system (e.g. Host PC) via a USB 3.1 standard interface.<br><br>**Introduction**<br><br>The high bandwidth provided by USB 3.1 Gen 1 puts heavy demands on ICs that connect peripherals to USB. A popular example is a camera streaming uncompressed data into a PC. As USB bandwidth has increased with version 3.1 Gen 1, so has the resolution of cameras that attach to PCs. To address high-bandwidth camera interface requirements, an alliance called Mobile Industry Processor Interface (MIPI) created a specification called Camera Serial Interface 2 (CSI-2).<br><br>This application note provides the implementation details for a MIPI CSI-2-to-USB 3.1 converter based on Cypress's EZ-USB CX3, a variant of EZ-USB FX3™ created specifically for this purpose.<br><br>If you are new to Cypress EZ-USB product family, please read the application note "AN75705 - Getting Started with EZ-USB® FX3™" so that you can easily understand this application note.<br><br>CX3 converts data coming from the image sensor into a format compatible with USB Video Class (UVC). Conforming to this class allows the camera to operate using built-in OS drivers, making the camera compatible with Host applications, such as e-CAMView, Media Player Classic and VLC Media Player.<br><br>A derivative of FX3, CX3 differs from FX3 as follows:<br><br>[1] |

| | |
|---|---|
| | ■ A MIPI CSI-2 controller with a MIPI CSI-2 receiver interface is added.<br>■ USB 2.0 OTG and Charger Detection functionality are removed.<br>■ Two clock references are needed: CLKIN for the core and REFCLK for the MIPI CSI-2 Controller.<br>■ Only a 19.2-MHz oscillator is supported for CLKIN.<br>Figure 1. The Camera Application<br><br>[1] |
| a memory for storing imaging array data and clocking signals at a rate determined by the clocking signals; | The Cypress CX3 device has a memory for storing imaging array data and clocking signals at a rate determined by the clocking signals.<br><br>For example, the CX3 device includes a DMA buffer, which is a section of the CX3's RAM memory that is allocated for temporary storage of image data being transferred by the CX3 device. The image data and clocking signals received by a MIPI CSI-2 controller are converted to a parallel interface format and provided to a GPIF II block that writes the data into the DMA buffer. |

Figure 2 has sub-blocks of the block diagram numbered. Tasks executed by each sub-block are described.

Figure 2. System Block Diagram




[1]

## GPIF II Block

The parallel output interface from the MIPI CSI-2 controller is connected to the GPIF II Block, which is a part of the Processor Interface Block (PIB).

Figure 4. GPIF II Block




[1]

| | |
|---|---|
| | **DMA Basics**<br>The DMA (Direct Memory Access) of CX3 allows fast and optionally uninterrupted data transfers between any two blocks. To understand how these data transfers happen, it is important to know the following terminology:<br>■ Socket<br>■ DMA Descriptor<br>■ DMA Buffer<br>A **socket** is a point of connection between a peripheral hardware block and the CX3 RAM. Each peripheral hardware block on CX3 such as USB, GPIF, UART, and SPI has a fixed number of sockets associated with it. The number of independent data flows through a peripheral is equal to the number of its sockets. The socket implementation includes a set of registers that point to the active DMA Descriptor and enable or flag interrupts associated with the socket.<br>A **DMA Descriptor** is a set of registers allocated in the CX3 RAM. It holds information about the address and size of a DMA Buffer as well as pointers to the next DMA Descriptor. These pointers create DMA Descriptor chains.<br>A **DMA Buffer** is a section of RAM used for intermediate storage of data transferred through the CX3 device. DMA Buffers are allocated from the RAM by the CX3 firmware, and their addresses are stored as part of DMA Descriptors.<br>[1]<br>Figure 5 shows the sockets, DMA Descriptors, and DMA Buffer connections used in this application along with the data flow. Two GPIF threads are used to fill in alternate DMA Buffers. These GPIF threads use separate GPIF sockets (acting as producer sockets) and DMA Descriptor chains (Descriptor chain 1 and Descriptor chain 2). The USB socket (acting as a consumer socket) uses a third DMA Descriptor chain (Descriptor chain 3) to read the data out in the correct order. For more details on sockets, socket switching, and the associated delays, refer to Section 3.<br>Figure 5. CX3 Data Transfer Architecture<br> |

| | |
|---|---|
| | [1] |
| a signal generator for generating a signal for transmission to the processor system in response to the quantity of data in the memory; and | The Cypress CX3 device has a signal generator for generating a signal for transmission to the processor system in response to the quantity of data in the memory.<br><br>For example, at the end of writing an image frame to the DMA buffer, the GPIF II block signals the CX3 CPU with an interrupt. The CPU adds header information and assigns (commits) the DMA buffer to the USB interface. The CX3 device generates a header (UVC data header) for the first USB data packet of each USB data transfer burst. The CX3 device transmits the USB data packets to the Host PC by generating signals (logic voltage levels and timing) on its USB physical interface that correspond to the data values in the USB packet header and payloads.<br><br>■ Due to different DMA Descriptors for producer and consumer sockets, the CPU must manage the communication of the DMA Buffer status between the producer and the consumer sockets. This is why the DMA channel implementation is called a "Manual DMA" channel.<br>■ After a DMA Buffer is produced by the GPIF II block, the CPU is notified via an interrupt. The CPU then adds the header information and commits the DMA Buffer to the consumer (USB Interface Block).<br>■ On the GPIF II side, the video data in DMA Buffers are automatically wrapped up and committed to the CX3 RAM for all but the last DMA Buffer in the frame.<br>■ At the end of a frame, the final DMA Buffer is likely not filled completely. In this case, the CPU intervenes and manually wraps up the DMA Buffer and commits it to the CX3 RAM. This is called a "forced wrap-up."<br><br>[1] |

| | |
|---|---|
| | **5.10 Handling DMA Buffers During Video Streaming**<br>The CyCx3AppInit function creates a manual DMA channel with callback notification for producer and consumer events.<br>The consumer notification is used to track the amount of data read by the Host. After the Host has read the entire frame, the tracking variables are reset and the GPIF II state machine is restarted. The producer event notification is used to append the 12-byte header and commit the data to the Host.<br>In the DMA callback, the firmware checks for a produced DMA Buffer via CyU3PDmaMultiChannelGetBuffer. A DMA Buffer becomes available to the CX3 CPU when the GPIF II producer DMA Buffer is committed or if it is forcefully wrapped up by the CX3 CPU. During an active frame period, the image sensor is streaming data and GPIF II produces full DMA Buffers. At this time, the CX3 CPU has to commit 16,380 bytes of data to USB.<br>At the end of a frame, usually the last DMA Buffer is partially filled. In this case, the firmware must forcefully wrap up the DMA Buffer on the producer side to trigger a producer event and then commit the DMA Buffer to USB with the appropriate byte count. The forceful wrap-up of the DMA Buffer (produced by GPIF II) using the CyU3PDmaMultiChannelSetWrapUp call is executed in the GPIF II callback function, CyCx3GpifCB. This callback function is triggered when GPIF II sets a CPU interrupt, which is raised when one frame ends.<br>[1]<br>**UVC Video Data Header**<br>The UVC class requires a 12-byte header for uncompressed video payloads. The header describes the properties of the image data being transferred. For example, it contains a “new frame” bit that the image sensor controller (CX3) toggles every frame. The CX3 code also can set an error bit in the header to indicate a problem in streaming the current frame. This UVC data header is required for every USB transfer. Refer to the UVC specification for additional details.<br>[1] |

Table 6. Bit Field Header (BFH) Format

| Bit Offset | Field Name | Description |
|---|---|---|
| 0 | FID | Frame Identifier bit toggles at each image frame start boundary and stays constant for the rest of the image frame |
| 1 | EOF | End of Frame bit indicates the end of a video and is set only in the last USB transfer belonging to an image frame |
| 2 | PTS | Presentation Time Stamp bit indicates the presence of a PTS field in the UVC video data header (1=present) |
| 3 | SCR | Source Clock Reference bit indicates the presence of an SCR field in the UVC video data header (1=present) |
| 4 | RES | Reserved, set to 0 |
| 5 | STI | Still Image bit indicates if the video sample belongs to a still image |
| 6 | ERR | Error bit indicates an error in the device streaming |
| 7 | EOH | End of Header bit, when set, indicates the end of the BFH fields |

[1]

| | |
|---|---|
| | Figure 18. UVC Video Data Transfers<br><br>[1] |
| a circuit for controlling the transfer of the data from the memory at a rate determined by the processor system. | The Cypress CX3 device has a circuit for controlling the transfer of the data from the memory at a rate determined by the processor system.<br><br>For example, the Host PC determines the desired frame rate for transmission of image data from the CX3 device and communicates that rate to the CX3 device in a request. The CX3 device configures its MIPI CSI-2 controller and DMA transfer circuits to transfer image data from the DMA buffer to the Host PC at the desired rate. |

| | |
|---|---|
| | **5.8 Selecting and Switching Frame Settings**<br>A camera can support multiple resolutions and frame rates. Each supported resolution/frame-rate setting is placed in its own Video Streaming Frame Descriptor as described in Section 4.3.1.2.<br><br>When a particular resolution or frame-rate setting is chosen in the USB Host application, the USB Host sends a SET_CUR commit control request to the Video Streaming interface. The fourth byte in the received structure indicates the frame Descriptor to be selected.<br><br>In the provided example project, if the device is operating in SuperSpeed, index 0 supports a 720p@60 fps video stream and index 1 supports a 1080p@30 fps video stream. When the USB Host wants to stream 1080p video, it sends a SET_CUR request with the frame index set to '1'.<br><br>The CyCx3UvcAppUSBSetupCB function reads this index and, depending on what it received, configures the image sensor and the MIPI CSI-2 controller to stream video with the requested settings.<br><br>[1]<br><br>**2.2.1 DMA Basics**<br>The DMA (Direct Memory Access) of CX3 allows fast and optionally uninterrupted data transfers between any two blocks. To understand how these data transfers happen, it is important to know the following terminology:<br><br>■ Socket<br>■ DMA Descriptor<br>■ DMA Buffer<br><br>A **socket** is a point of connection between a peripheral hardware block and the CX3 RAM. Each peripheral hardware block on CX3 such as USB, GPIF, UART, and SPI has a fixed number of sockets associated with it. The number of independent data flows through a peripheral is equal to the number of its sockets. The socket implementation includes a set of registers that point to the active DMA Descriptor and enable or flag interrupts associated with the socket.<br><br>A **DMA Descriptor** is a set of registers allocated in the CX3 RAM. It holds information about the address and size of a DMA Buffer as well as pointers to the next DMA Descriptor. These pointers create DMA Descriptor chains.<br><br>A **DMA Buffer** is a section of RAM used for intermediate storage of data transferred through the CX3 device. DMA Buffers are allocated from the RAM by the CX3 firmware, and their addresses are stored as part of DMA Descriptors.<br><br>[1] |

| | |
|---|---|
| | **5.10 Handling DMA Buffers During Video Streaming**<br>The CyCx3AppInit function creates a manual DMA channel with callback notification for producer and consumer events.<br>The consumer notification is used to track the amount of data read by the Host. After the Host has read the entire frame, the tracking variables are reset and the GPIF II state machine is restarted. The producer event notification is used to append the 12-byte header and commit the data to the Host.<br>In the DMA callback, the firmware checks for a produced DMA Buffer via CyU3PDmaMultiChannelGetBuffer. A DMA Buffer becomes available to the CX3 CPU when the GPIF II producer DMA Buffer is committed or if it is forcefully wrapped up by the CX3 CPU. During an active frame period, the image sensor is streaming data and GPIF II produces full DMA Buffers. At this time, the CX3 CPU has to commit 16,380 bytes of data to USB.<br>At the end of a frame, usually the last DMA Buffer is partially filled. In this case, the firmware must forcefully wrap up the DMA Buffer on the producer side to trigger a producer event and then commit the DMA Buffer to USB with the appropriate byte count. The forceful wrap-up of the DMA Buffer (produced by GPIF II) using the CyU3PDmaMultiChannelSetWrapUp call is executed in the GPIF II callback function, CyCx3GpifCB. This callback function is triggered when GPIF II sets a CPU interrupt, which is raised when one frame ends.<br>[1] |

**Product List:**

CYUSB3065-BZXI, CYUSB3064-BZXI, CYUSB3064-BZXC, CYUSB3065-BZXC

**References:**

[1] How to Interface a MIPI® CSI-2 Image Sensor with EZ-USB® CX3
https://www.infineon.com/dgdl/Infineon-AN90369_How_to_Interface_a_MIPI_CSI-2_Image_Sensor_With_EZ-USB_CX3-ApplicationNotes-v05_00-EN.pdf?fileId=8ac78c8c7cdc391c017d073e56bf6257&utm_source=cypress&utm_medium=referral&utm_campaign=202110_globe_en_all_integration-application_note

[2] EZ-USB™ CX3 Programmable MIPI CSI-2 to USB 3.0 Camera Controller
https://www.infineon.com/cms/en/product/universal-serial-bus-usb-power-delivery-controller/peripheral-controllers/ez-usb-cx3-programmable-mipi-csi-2-to-usb-3.0-camera-controller/?utm_source=cypress&utm_medium=referral&utm_campaign=202110_globe_en_all_integration-product_families#!products

[3] CYUSB3063-BZXI
https://www.infineon.com/cms/en/product/universal-serial-bus-usb-power-delivery-controller/peripheral-controllers/ez-usb-cx3-programmable-mipi-csi-2-to-usb-3.0-camera-controller/cyusb3065-bzxi/

[4] CYUSB3064-BZXI
https://www.infineon.com/cms/en/product/universal-serial-bus-usb-power-delivery-controller/peripheral-controllers/ez-usb-cx3-programmable-mipi-csi-2-to-usb-3.0-camera-controller/cyusb3064-bzxi/

[5] CYUSB3064-BZXC
https://www.infineon.com/cms/en/product/universal-serial-bus-usb-power-delivery-controller/peripheral-controllers/ez-usb-cx3-programmable-mipi-csi-2-to-usb-3.0-camera-controller/cyusb3064-bzxc/

[6] CYUSB3065-BZXC
https://www.infineon.com/cms/en/product/universal-serial-bus-usb-power-delivery-controller/peripheral-controllers/ez-usb-cx3-programmable-mipi-csi-2-to-usb-3.0-camera-controller/cyusb3065-bzxc/

[7] CYUSB306XEZ-USB® CX3: MIPI CSI-2 to SuperSpeed USB Bridge Controller
https://www.infineon.com/dgdl/Infineon-CYUSB306X_EZ-USB_CX3_MIPI_CSI-2_TO_SUPERSPEED_USB_BRIDGE_CONTROLLER-DataSheet-v16_00-EN.pdf?fileId=8ac78c8c7d0d8da4017d0ecbbb354559

[8] AN75705 Getting Started with EZ-USB® FX3™
https://www.infineon.com/dgdl/Infineon-AN75705_Getting_Started_with_EZ-USB_FX3-ApplicationNotes-v11_00-EN.pdf?fileId=8ac78c8c7cdc391c017d073989df5e15&utm_source=cypress&utm_medium=referral&utm_campaign=202110_globe_en_all_integration-application_note